September J. Katje, Esq. (SBN 227896)
**CONSUMER LITIGATION LAW CENTER, APC**
100 N. Barranca, Suite 700
West Covina, CA 91791
Telephone: (800) 787-5616
Fax: (888) 909-7947
sk@consumerlitigationlawcenter.com

Attorney for Plaintiff,
Putnam Investment, Inc., a California Corporation
dba Porter RD Express Car Wash

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUTNAM INVESTMENT, INC., a California Corporation dba PORTER RD EXPRESS CAR WASH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EH NATIONAL BANK, fka EXCEL NATIONAL BANK; R.E.F.S. INC. a California Corporation, and all persons or entities unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | **Case No.: 1:12-cv-00862-AWI-DLB**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>**Date:  August 3, 2012**<br>**Time:  9:00 a.m.**<br>**Dept:  9** |

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY**

Plaintiff Putnam Investment, Inc., by and through their Attorney September J. Katje, hereby respectfully requests to appear telephonically at the hearing on the Defendant's Motion for Order Remanding Civil Case set for Friday, August 3, 2012 at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.

IT IS HEARBY ORDERED, that the Plaintiff's request to appear telephonically is granted.

IT IS SO ORDERED.

Dated: **July 30, 2012**                    /s/ *Dennis L. Beck*
                                                                                        UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY**