IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUTNAM INVESTMENTS, INC., a California corporation, dba PORTER RD EXPRESS CAR WASH,<br><br>        Plaintiff,<br><br>    v.<br><br>EH NATIONAL BANK fka EXCEL NATIONAL BANK; R.E.F.S., INC., a California corporation, and all persons or entities unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>        Defendants. | 1:12-CV-00862 AWI DLB<br><br>ORDER VACATING SEPTEMBER 17, 2012 HEARING DATE AND TAKING MOTION TO DISMISS UNDER SUBMISSION<br><br>(Doc. No. 14) |

    Currently pending before this Court is a motion to dismiss filed by Defendant EH National Bank.  See Court's Docket, Doc. No. 14.  This motion is set for hearing on September 17, 2012, at 1:30 p.m. in Courtroom 2.  Plaintiff has filed an opposition to the motion, and Defendant has filed a reply.  The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 17, 2012, is VACATED, and the parties shall not appear at that time.  As of September 17, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 6, 2012  
                                                     CHIEF UNITED STATES DISTRICT JUDGE