IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUTNAM INVESTMENTS, INC., a California corporation, dba PORTER RD EXPRESS CAR WASH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EH NATIONAL BANK fka EXCEL NATIONAL BANK; R.E.F.S., INC., a California corporation, and all persons or entities unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | 1:12-CV-00862 AWI DLB<br><br>AMENDED ORDER VACATING SEPTEMBER 17, 2012 HEARING DATE AND TAKING MOTION TO DISMISS UNDER SUBMISSION<br><br>(Doc. No. 14) |

　　Currently pending before this Court is a motion to dismiss filed by Defendant EH National Bank. See Court's Docket, Doc. No. 14. In its prior order vacating the hearing set for September 17, 2012, the Court erroneously stated that Plaintiff had filed an opposition to the motion, and Defendant had filed a reply. However, pursuant to Local Rule 230(c), Plaintiff's opposition was due on September 4, 2012. See Local Rule 230(c). Plaintiff did not timely file an opposition and is therefore not entitled to be heard at oral argument. Thus, this matter is suitable for decision without oral argument and shall remain under submission. See Local Rule 230(g).

IT IS SO ORDERED.

Dated: 　September 7, 2012　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE