# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUTNAM INVESTMENT, INC., a California Corporation dba PORTER RD EXPRESS CAR WASH,<br><br>Plaintiff,<br><br>v.<br><br>EH NATIONAL BANK, fka EXCEL NATIONAL BANK; R.E.F.S. INC. a California Corporation, and all persons or entities unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | **Case No.: 1:12-cv-00862-AWI-DLB**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE DEADLINE FOR JOINT STATUS REPORT AND SCHEDULING CONFERENCE UNTIL AFTER ALL PARTIES ARE SERVED** |

---

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE DEADLINE FOR JOINT STATUS REPORT AND SCHEDULING CONFERENCE**

Plaintiff Putnam Investment, Inc., by and through its Attorney September J. Katje, hereby respectfully requests that the Joint Status Report currently due on October 9, 2012 and the Scheduling Conference currently scheduled for October 15, 2012, be continued to a time that all parties are served and have appeared in the matter.  Plaintiff respectfully requests that the Joint Status Report and Scheduling Conference be continued sixty (60) days.

IT IS HEARBY ORDERED, that the Scheduling Conference is continued to January 22, 2013 at 9:00 am.

IT IS SO ORDERED.

Dated:   **October 9, 2012**                             /s/ *Dennis L. Beck*
                                                                            UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE DEADLINE FOR JOINT STATUS REPORT AND SCHEDULING CONFERENCE**