1  **CONSUMER LITIGATION LAW CENTER, APC**
   September J. Katje, Esq. (SBN 227896)
2  100 N. Citrus Street, Suite 408
   West Covina, CA 91791
3  Telephone: (800) 787-5616
   Fax: (888) 909-7947
4  sk@consumerlitigationlawcenter.com

5  Attorney for Plaintiff,
   Putnam Investment, Inc., a California Corporation
6  dba Porter RD Express Car Wash

**FILED**
JAN 28 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUTNAM INVESTMENT, INC., a California Corporation dba PORTER RD EXPRESS CAR WASH,<br><br>Plaintiff,<br><br>v.<br><br>EH NATIONAL BANK, fka EXCEL NATIONAL BANK; R.E.F.S. INC. a California Corporation, and all persons or entities unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 1:12-cv-00862-AWI-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

1

**NOTICE OF VOLUNTARY DISMISSAL**

1    COMES NOW Plaintiff, PUTNAM INVESTMENT, INC., a California Corporation
2 dba PORTER RD EXPRESS CAR WASH, by and through its undersigned counsel and
3 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this
4 entire action with prejudice.

7 DATED: January 25, 2013     CONSUMER LITIGATION LAW CENTER APC

By: *[signature]*
September J. Katje Esq.
Attorney for Plaintiff
Putnam Investment, Inc.

It is so Ordered, Dated: 1-28-13

*[signature]*
United States District Judge

2
**NOTICE OF VOLUNTARY DISMISSAL**